UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLOYD MAYWEATHER, JR.,
                Plaintiff,

-v-

DANIEL GEIGER, *et al.*,
                Defendants.

25-CV-3617 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Plaintiff filed this action on April 30, 2022. (ECF No. 1.) As of July 15, 2025, Plaintiff had not requested the issuance of summonses. The Court therefore ordered on that date that "Plaintiff shall promptly request the issuance of summons and effect service. Failure to do so within the applicable time limits may result in dismissal of this case." (ECF No. 5.) Finally on August 22, 2025, Plaintiff filed his request for issuances of a summons as to each Defendant.

    Rule 4(c)(1) of the Federal Rules of Civil Procedure provides that "[t]he plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) . . . ." Rule 4(m) provides that "if a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

    Plaintiff has failed to serve the summons and complaint within the 90 days provided by Rule 4(m), even failing to request summonses within the 90-day period despite a warning from the Court. Accordingly, Plaintiff shall show cause in writing, on or before September 2, 2025,

why the complaint should not be dismissed without prejudice for failure to serve the Defendants. If he fails to do so, the complaint will be dismissed.

The initial telephone conference previously scheduled for August 26, 2025 is adjourned sine die.

SO ORDERED.

Dated: August 25, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge