UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLOYD MAYWEATHER, JR., an individual,<br><br>                     Plaintiff,<br><br>– against –<br><br>DANIEL GEIGER, an individual; INSIDER, INC., a Delaware corporation; and DOES 1–100, inclusive,<br><br>                     Defendants. | RULE 7.1 CORPORATE DISCLOSURE STATEMENT<br><br>Case No. 1:25-cv-03617 |

      Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Floyd Mayweather, Jr., an individual, states that he has no parent corporation and that no publicly held corporation owns 10% or more of his stock. Plaintiff is a natural person and therefore makes this disclosure accordingly.

Dated: August 26, 2025

                                                                                                Benjamin M. Cutchshaw, Esq.
                                                                                                California Bar No. 263483
                                                                                                (Admitted *Pro Hac Vice*)
                                                                                                benjamin.cutchshaw@saminilaw.com