UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
FLOYD MAYWEATHER, JR.,

                Plaintiff,                        Docket No.
                                                                     1:25-cv-03617-JPO
    -against-

DANIEL GEIGER AND INSIDER, INC.,

                Defendants
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## **DEFENDANT INSIDER, INC. RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Insider, Inc. is a private company wholly owned by Axel Springer Digital Ventures GmbH, which is a private company wholly owned by Axel Springer Digital GmbH, which is a private company wholly owned by Axel Springer SE, a private company which is the ultimate parent of each of the above-listed entities.

Dated:  September 8, 2025

                                                    Respectfully submitted,

                                                    DAVIS WRIGHT TREMAINE LLP

                                                  */s/ Elizabeth McNamara*

                                                  Elizabeth McNamara
                                                  1251 Avenue of the Americas, 21st Floor
                                                  New York, New York 10020
                                                  Phone: (212) 489-8230
                                                  lizmcnamara@dwt.com

                                                  *Attorneys for Daniel Geiger and Insider, Inc.*