# EXHIBIT 1

---------- Forwarded message ---------
From: **ayal frist** <█████████████████>
Date: Thu, Mar 20, 2025 at 6:03 PM
Subject: Re: Getting close to wrapping
To: Daniel Geiger <dgeiger@insider.com>

Why can't you simply first apologize to him for falsely accusing him of being jona I'm sure once you do that they will both get on call with you

Sent from my iPhone

On Mar 20, 2025, at 2:58 PM, Daniel Geiger <dgeiger@insider.com> wrote:

 Why can't James simply get on a Zoom call to clear this up?

**Daniel Geiger**
Real Estate Correspondent
Business Insider
**C:** 646-352-2884
One Liberty Plaza, 8th FL, New York, NY 10006

Sent from my iPhone

On Mar 20, 2025, at 5:40 PM, ayal frist <█████████████████> wrote:

 You should contact black spruce for that kind of ask they have all the records. I also think you should apologize to James for your accusatory remarks it will go a long way in the relationship. If you copy me to the email I'll follow up with him.

Ayal

Sent from my iPhone

On Mar 20, 2025, at 2:35 PM, Daniel Geiger <dgeiger@insider.com> wrote:

 It would be helpful if you can provide some proof of the acquisitions. Can you do that?

**Daniel Geiger**
Real Estate Correspondent
Business Insider
C: 646-352-2884
One Liberty Plaza, 8th FL, New York, NY 10006

Sent from my iPhone


On Mar 20, 2025, at 5:19 PM, ayal frist <██████████████> wrote:

 I'm not saying they want to talk to you. I'm saying your approach should be more respectful.

Was my last email helpful?

Any further questions ?
Sent from my iPhone


On Mar 20, 2025, at 2:06 PM, Daniel Geiger <dgeiger@insider.com> wrote:

 I am very happy to chat. If they'd like to connect I am available to get on a zoom call with them.


**Daniel Geiger**
Real Estate Correspondent
Business Insider
C: 646-352-2884
One Liberty Plaza, 8th FL, New York, NY 10006

Sent from my iPhone


On Mar 20, 2025, at 4:51 PM, ayal frist <██████████████> wrote:

 Just a thought. James and Jona are awesome to work with. Use a nicer approach and maybe I can get them to speak to you.
Sent from my iPhone

On Mar 20, 2025, at 1:41 PM, ayal frist <█████████████> wrote:

Please see my comments below
FYI - You have managed to really annoy James and now Jona and Floyd. I will take one more stab at this. Moving forward let's communicate in writing only. Everything is on background and off record. I hope this is helpful. I think if you were just upfront and transparent, you would get a lot more cooperation on our end.
Sent from my iPhone


On Mar 20, 2025, at 1:29 PM, Daniel Geiger <dgeiger@insider.com> wrote:


Hi Ayal,

Here are some questions that I have:

There is no evidence that Floyd Mayweather has acquired a 62-building portfolio of apartments in Upper Manhattan from Black Spruce. What proof can you provide that Mayweather has purchased these buildings?

Floyd entered an agreement with black spruce for their morningside portfolio and it is a multi stage closing. He has performed on all obligations as they have done as well. Millions of dollars have been transferred from Floyd towards the purchase of thr apartments.


A sale of the properties has not been recorded in the property record. A non-profit partner involved in the buildings also is not aware of a sale. Can you explain this?

Please reach out to black spruce as I don't deal with the non profit partner. They do and they manage the financing and management.


The person that you introduced as (and who also identified himself as) James McNair neither sounded nor spoke like James McNair. The person I was speaking with sounded like Jona Rechnitz. Can you please explain this?

This is completely false and offensive. James spoke to you many times as his wrote in his last email. Jona and I were on the calls as well.

On Vada Properties' website, it states that it owns a corner building on West 47th Street and Sixth Avenue (1196 Sixth Avenue). There is no recording in the property record of Mayweather purchasing this property. Can you provide proof that Mayweather has purchased this property?

The property is under contract. Vada closes in June. Deposit was made and due diligence and contingencies were lifted.

What involvement does Jona Rechnitz have in Mayweather's real estate investing and business ventures?

Jona and Floyd are very close friends. They have been so for many years. Jona has introduced Floyd to his real estate opportunities and helps guide Floyd. He has helped Floyd setup his business structure.

Ayal Frist is the CEO of Vada Properties -- what experience does he have in real estate investment?

Look it up. I've been in real estate for over 20 years. I managed millions of square feet and brokered hundreds of millions of deals owned two brokerage firms and have invested.

Levin Prado is named as Vada's chief operating officer. What experience does Levin have in real estate operations and investment?

He used to work for JsR Capital. Jona's real estate company. Floyd and I have knows him for many years. He has helped manage and run millions of square feet in nyc and other places in the United States. He's a ny native.

Levin is mentioned in a civil lawsuit filed by M&L Financial that says he picked up diamonds from Sotheby's on behalf of Jona Rechnitz (who the case suggests had arranged a scheme to repay M&L Financial with the diamonds that he later improperly reclaimed). What relationship does Levin have with Jona?

Levin used to work for Jona from 2011 - 2016. I'm not sure if they are still too close given things that happened in 2016.

Operating a 62 building portfolio with so many rent regulated apartments takes a tremendous amount of management and administrative staff, according to experts -- what kind of operational capabilities does Vada have? How many employees work at Vada?

What kind of experience does it and its executives have in the highly regulated and complex world of NYC affordable housing

Black spruce handles all management for us

Can you address these questions?

Thank you,

On Thu, Mar 20, 2025 at 1:33 PM ayal frist <███████████████> wrote:
Wanted to clarify I meant provide a quote from Floyd

Sincerely
Ayal

Sent from my iPhone

On Mar 20, 2025, at 9:41 AM, ayal frist <███████████████> wrote:

Good morning,

I've been trying to get him on the phone with you, but unfortunately, he's been under the weather. If there's anything you'd like to run by me, I'm happy to help. If you have any questions that need answers or need a quote, I'm more than willing to provide one.

Sincerely

Ayal

Sent from my iPhone

On Mar 20, 2025, at 9:18 AM, Daniel Geiger <dgeiger@insider.com> wrote:

Hi Ayal,

I'm getting close to wrapping up my story on Floyd's real estate investments. You and James have said on several occasions that Floyd would be available to chat with me. If he's going to do that, I think today would have to be the day. Can you please let me know either way?

**Daniel Geiger**
Senior Correspondent

**BUSINESS INSIDER**

**Cell:** 646-352-2884
One Liberty Plaza, 8th FL, New York, NY 10006
Website | LinkedIn | X