# EXHIBIT 3

This transcript was exported on May 02, 2025 - view latest version here.

**Speaker 1 (00:00):**
If you don't mind, I'm going to record this call. I like to transcribe my conversations if you don't mind.

**Speaker 2 (00:09):**
Okay, that's fine.

**Speaker 1 (00:10):**
Okay, thank you. So I just want to get something out of the way. So the buildings, there's no record in the property record. There's no recording in the property record of a sale. The nonprofit partner involved in the buildings, which is the New York City Housing Partnership, they're not aware of a sale. Just explain. I'm not following

**Speaker 2 (00:35):**
If that article and the angle of the article, so I'm not going to,

**Speaker 1 (00:39):**
Well, I'm not saying that's the angle of the article. It's just something I want to address.

**Speaker 2 (00:44):**
Yeah, I already spoke to you about that.

**Speaker 1 (00:46):**
Well, I called Flagstar. They have no involvement in the properties. Just to be clear,

**Speaker 2 (00:54):**
What does that mean?

**Speaker 1 (00:55):**
Well, I know you mentioned them, that they had purchased the loans.

**Speaker 2 (00:58):**
Yeah, signature Bank was the lender.

**Speaker 1 (01:00):**
Yeah. And you mentioned Flagstar and so

**Speaker 2 (01:03):**
They took it over. I don't dunno if they sold the debt or not.

**Speaker 1 (01:06):**
No, no, they're not involved. Listen, I am just saying I don't understand it. That's why I'm asking. I'm not trying to make you uncomfortable. I'm just trying to understand it.

**Speaker 2 (01:17):**

This transcript was exported on May 02, 2025 - view latest version here.

You're making me uncomfortable. I have the long documents. We have everything, so I don't know exactly. That's why 90 other outlets reported it, looked into it and did everything. So I'm saying that's clearly the angle of your article and that's,

Speaker 1 (01:30):
No, it's not an angle. It's just the thing that I'm trying to reconcile. Do you understand?

Speaker 2 (01:34):
Let's put that one to the side.

Speaker 1 (01:35):
Okay. Let's put it to the side. No problem. Now you say your name is James McNair. Is that right?

Speaker 2 (01:41):
Correct. Yes.

Speaker 1 (01:42):
Okay. I don't believe that you're James McNair. You don't sound anything like James McNair.

Speaker 2 (01:50):
Okay. So I see the angle of the article. Okay.

Speaker 1 (01:54):
Well, I mean, that seems a little bit strange. I mean, if you've ever heard James McNair speak, you don't sound anything like him.

Speaker 2 (02:01):
Okay. Not sure what else to say.

Speaker 1 (02:03):
Well, do you want to go on video? Maybe we can clear this up.

Speaker 2 (02:07):
Yeah, we could do a Zoom.

Speaker 1 (02:08):
When would you like to do that? That would be helpful.

Speaker 2 (02:11):
We can do it anytime this afternoon, whenever you want.

Speaker 1 (02:14):
Is that okay? Can we do it right now?

Speaker 2 (02:17):

This transcript was exported on May 02, 2025 - view latest version here.

Yeah, but again, like I said, this is not a, I see this is a hit piece. This is not a friendly article.

Speaker 1 (02:23):
Well, it's not a hit piece. I mean, I'm just saying you don't sound like James McNair.

Speaker 2 (02:27):
Okay. So far there's no property deed and I don't sell any James McNair. What else?

Speaker 1 (02:32):
Okay, well, do you want to have that call? I mean, it'll help me out if I see James McNair. What? That'll help me out. Well, are you Jonah Reni? Is that who I'm speaking with? No, you're not Jonah Reni?

Speaker 2 (02:45):
Nope.

Speaker 1 (02:46):
Okay.

Speaker 2 (02:46):
Do Zoom.

Speaker 1 (02:47):
What's that? Let's do Zoom because I think that would help clear that up for me. Okay. What else? There's another property, 1190 sixth sixth Avenue that you guys have put onto your website as having purchased. There's a story about it in TMZ that you posted on the website. It's not so I just want to ask, I don't see that in the property record either. That hasn't transferred. There's no

Speaker 2 (03:12):
D hasn't closed yet.

Speaker 1 (03:13):
Okay. That hasn't closed yet. Okay. Okay. So just to ask you, how many employees work for Vada Properties?

Speaker 2 (03:24):
So again, I think that the entire angle of this article you bid disingenuine and I see it's a hit piece and we're not going to participate and we're going to send a legal letter in the next few minutes. The Business Insider, I understand now exactly what's going on.

Speaker 1 (03:40):
You're going to send a legal letter about what?

Speaker 2 (03:43):
Make sure all your facts are in order. Thank you.

This transcript was exported on May 02, 2025 - view latest version here.

Speaker 1 (03:47):
You there?