EXHIBIT 5

This transcript was exported on May 02, 2025 - view latest version here.

Speaker 1 (00:00):
Of course, that would be great. James, who?

Speaker 2 (00:03):
Hi, Daniel, I'm with James and myself.

Speaker 1 (00:06):
Hey James.

Speaker 2 (00:06):
Hello,

Speaker 1 (00:08):
James.

Speaker 2 (00:09):
Hi, this is James. I'm Floyd's right hand man. How are you?

Speaker 1 (00:13):
Good, good. Nice to connect with you. Thank you. So I

Speaker 2 (00:15):
Understand you wanted to have a sit down interview with Floyd, or is that for this or was that the other? No, that was, I think somebody else. Oh, I'm sorry. Okay. Hi, how are you?

Speaker 1 (00:25):
You

Speaker 2 (00:26):
One?

Speaker 1 (00:27):
Yeah, yeah. No, this is Dan Geiger. I'm a reporter with Business Insider. I cover real estate and I

Speaker 2 (00:34):
Oh, business Insider.

Speaker 1 (00:35):
Sure. Yeah. And I cover real estate, and of course I noticed this deal. This was a big deal, this deal up town. Thank you. And yeah, I had been meaning to kind of reach out and I figured look, why not give you guys a call and just talk about the deal and what's Oh, sure. Yeah,

Speaker 2 (00:54):
Sure. By the way, so I think Mayor Beck said he also got some calls from you. I got an email

This transcript was exported on May 02, 2025 - view latest version here.

Speaker 1 (01:02):
And yes, he definitely did. Josh

Speaker 2 (01:03):
Got it. Okay. I Yes,

Speaker 1 (01:09):
You there? Hello?

Speaker 2 (01:14):
Hold on one second.

Speaker 1 (01:15):
Yeah.

Speaker 2 (01:22):
Hi. You guys are back on. Okay. Yeah. Well, hi, it's a pleasure to meet you. Pleasure to meet you.

Speaker 1 (01:27):
James, what's your last name? Sorry, got

Speaker 2 (01:28):
Dropped off.

Speaker 1 (01:29):
No problem.

Speaker 2 (01:29):
McNair McNair, M-C-N-A-I-R.

Speaker 1 (01:32):
Okay. And

Speaker 2 (01:33):
I'm the president of TMT, which is the money team.

Speaker 1 (01:36):
Yes.

Speaker 2 (01:37):
Yeah. Okay.

Speaker 1 (01:38):
No, nice to connect and yeah, look, I don't know much about the, I know I

This transcript was exported on May 02, 2025 - view latest version here.

Speaker 2 (01:43):

Could talk to you on background or off record because I wouldn't want to ever be quoted like promoting ourselves, but I'm happy to speak with you as long as it doesn't, there's no direct quotes. You could just do it on background or off record.

Speaker 1 (01:57):

Sure. I mean, listen. Okay. But why is there anything you can say on the record? I mean, I'm not asking you to promote yourself, I'm just interested in Floyd and how he's come to real estate. Yeah, that's

Speaker 2 (02:08):

Fine. No, all that I'll do on record. ███████████████████████████

Speaker 1 (02:17):

Okay. Do you mind giving it to me on background just so I can at least I won't attribute it to you, but I just would like to be able to at least use it if that's

Speaker 2 (02:25):

Okay? I'm going to do it off record ███████████████

Speaker 1 (02:28):

Whatever you tell me. Go ahead. Fine, no

Speaker 2 (02:30):

███████████████████████████

Speaker 1 (02:36):

███████████████████████

Speaker 2 (02:45):

███████████████████████████

Speaker 3 (02:52):

█

Speaker 2 (02:53):

██████████████████████

Speaker 3 (03:00):

█

Speaker 2 (03:00):

███████████████████████████

This transcript was exported on May 02, 2025 - view latest version here.



Speaker 4 (03:29):

Speaker 2 (03:29):

Speaker 1 (03:51):

Speaker 2 (03:52):
e?

Speaker 1 (03:52):

Speaker 2 (03:56):

Speaker 1 (03:58):

Speaker 2 (04:01):

Speaker 1 (04:04):

Speaker 2 (04:15):

Speaker 1 (04:33):

Speaker 2 (04:36):

This transcript was exported on May 02, 2025 - view latest version here.

████████████████████████████████████████

Speaker 1 (04:45):

██

Speaker 2 (04:45):

████████████████████

Speaker 1 (04:48):

███████████████████████

Speaker 2 (04:51):

████████████████████████

Speaker 1 (04:55):

I understand. No, I understand that. So let me ask you, James, so just tell me how did Floyd, did he get to, I mean, this is a pretty big, I've heard about a lot of athletes who have gotten into real estate and it's tough to do it right. I mean, real estate is a tough business.

Speaker 2 (05:10):

I'll say. Floyd surrounds himself with a very good team, Floyd's success, and he always says it has been that he surrounds himself with the right team. So Floyd might be more experienced in smarter in certain areas, but in other areas he likes to hire and surround himself with the people that are smarter or more experienced in other areas. He's aligned himself with Ail first, who's the CEO on this call. Ayal has been in real estate since he was in diapers. He has some other people around him that advised him. And Floyd made a decision he was going to leave the ring on his own terms. He wasn't going to fight until he get knocked out and he has health issues. He left on his own terms, the most successful career, the highest paid athlete in the world. And he said, okay, what's my next step in life? I want to create generational wealth. The billion he made in boxing was not enough to create generational wealth in his opinion. And the decision was made between him and his close confidants

Speaker 3 (06:22):

To

Speaker 2 (06:23):

Enter the real estate arena. They have been waiting years for the right time to invest, and he felt that New York City was finally undervalued. And like Leona Helmsley said, and he read this once and it stuck with him, if you buy in New York and you hold onto it, you'll always make money. Right? And it really resonated to him. And he said, okay, I want to have a little bit of everything. So he bought 3000 affordable housing units. He went in and invested heavily in class A office, and then he invested in class A residential like the copper and these other high end. So now he's checked residential of all, or then he went into retail. Now he's looking at commercial and he wants to have a bit of everything. He looks at people he's met, and he always says this, the people that always paid him to meet him and to get his autographs are all people that have been successful. And he looks at what they've done and he noticed the trend. A lot of them are in real estate. I said, I want to get in real estate and there's no reason I can't be in

This transcript was exported on May 02, 2025 - view latest version here.

the top of the game. I also have money. I'm going to have the smartest people around me and I'm going to let them do it for me, and everybody's going to make money and I'm going to make money.

(07:44):

That's what he is done.

Speaker 1 (07:45):

Right. I got it. So did the deal for these 62 apartment buildings, did that come about as a result of his relationship with Black Spruce?

Speaker 2 (07:56):

Yes. I mean, again, he has people around him

(08:00):

That also knew them. There was a great deal of due diligence conducted not only into the principles and the deals, but into the market. And something that really meant a lot to Floyd was he used to live in Brunswick and he lives in affordable housing. And he felt that it's so cool because I give back to the community and I make money, but I've never done both together. This is a way for him to give back and make money at the same time. And once that clicked in his head, he is like, I want to buy it. All

Speaker 1 (08:35):

Right. He owns, when you mentioned the Copper, he owns that in partnership with black sps, right?

Speaker 2 (08:44):

Yeah, their whole portfolio, the solo portfolio. I mean, he went in, it's called Go Partners, and he's a major investor partner.

Speaker 1 (08:52):

How did the deal with SL Green come about? I mean, you're saying what was actually done there? Was he,

Speaker 2 (08:58):

So I saw Green Floyd met Jeff Sutton, introduced Floyd to Andrew Matthias Mark Holiday many years ago. In 2012, Floyd ended up giving them over a hundred million dollars, and it was a very fruitful relationship. Floyd thinks that Mark Holiday is a gem of a human being, and the relationship is very strong.

Speaker 1 (09:28):

How does that work? I mean, you're saying that they had the SL Green has obviously a large office portfolio that Floyd gave them a hundred million for, for stock in the company for

Speaker 2 (09:39):

An

Speaker 1 (09:39):

Equity stake alongside.

This transcript was exported on May 02, 2025 - view latest version here.

Speaker 2 (09:41):

So Floyd and SL Green were partners. Para Sue, they loaned third parties mezzanine debt together. SL Green did all the work. They made no fees on Floyd. They felt that it was a nice opportunity for them to make money for Floyd, who they have a great deal of respect for. And at the same time, it was also a good marketing opportunity for SL Green

Speaker 4 (10:10):

To

Speaker 2 (10:10):

Be associated with him. It could be a new market for them, and he's done very well with them.

Speaker 1 (10:15):

So you're saying that Floyd, he has provided a hundred million dollars in mezzanine lending through SL Green's lending platform?

Speaker 2 (10:24):

Correct.

Speaker 1 (10:24):

Got it. And has he deployed all that

Speaker 2 (10:27):

Capital 88 million?

Speaker 1 (10:30):

That's a pretty sophisticated enterprise, right? I mean, mezzanine debt is a really,

Speaker 2 (10:35):

That's what SIL Green advised him to do, and it was successful. They made money together over the years. They still have some partnerships left, and Mark considers Mark Holiday a very close friend.

Speaker 1 (10:51):

Floyd considers Mark a close friend. Got it. Right. You're saying through Jeff Sutton, they got to know each other. James, you sound like you know a lot about real estate.

Speaker 2 (11:02):

We're not going to make this about me,

Speaker 1 (11:04):

But do you have a background in real, I mean, I don't know much about you, but

Speaker 2 (11:08):

I may be one of the guys behind the scenes, but we're going to focus on Floyd.

This transcript was exported on May 02, 2025 - view latest version here.

Speaker 1 (11:13):

No, I get it. I get it. But you're saying you're helping him, right? I mean, obviously like you're saying he's tapping,

Speaker 2 (11:18):

Well, let's focus on fluid. Yeah.

Speaker 1 (11:19):

Gotcha. So in terms of the mezzanine, what properties did they lend against of their, I mean, you're saying they've done 88 million

Speaker 2 (11:27):

Of deals. It was over 2020 projects.

Speaker 1 (11:30):

Okay. I mean, does one come to mind? I'm just curious, what kind of deals do you do right now? It's sort of a tough lending market.

Speaker 2 (11:37):

No, they were not done now. They were since 2012. A bulk of the loans were done in 2015 to 2018.

Speaker 1 (11:44):

Got it. Got it. It's been tough times for mezzanine lending, right? Because it got squeezed based on the increase in interest, it diminished values, it knocked out equity. I can

Speaker 2 (11:56):

Tell you that overall it was a great IRR. It was in the teens, and we could not be happier, but their performance,

Speaker 1 (12:08):

There hasn't been any defaults in that bucket.

Speaker 2 (12:12):

No. I think there were two that defaulted. 18 were winners. Three were home runs, and as expected, if you bet 18 for 20, I'll take it all day. Right.

Speaker 1 (12:25):

Did you guys take back those properties that defaulted?

Speaker 2 (12:30):

I don't know about what's under confidentiality or not, so I really can't get into that. There were some settlements, but if you know SL Green, they don't walk away from money.

Speaker 1 (12:40):

This transcript was exported on May 02, 2025 - view latest version here.

I do know that. Yeah. But yeah, I hear you. And that's great about a mezzanine loan, right? You cast a mezzanine loan and then you can foreclose pretty quickly because you just take the LLC entity. You don't have to. There's not much to it. But yeah, it seemed like a tough business. That was my take on it, James. The mezzanine business seemed like a tough business, especially for some legacy assets. That's why I was asking about

Speaker 2 (13:04):
It. I could tell you, if we were running them ourselves, we wouldn't enter it. When you're with a company like SL Green,

Speaker 1 (13:12):
You

Speaker 2 (13:12):
Could sleep at night.

Speaker 1 (13:13):
Right. I got it. So just tell me, so now you also did the deal with 6 0 1 West.

Speaker 2 (13:20):
Yeah, so 6 0 1 West we believe are very, have a lucky hand.

Speaker 4 (13:28):
Our

Speaker 2 (13:28):
Sophisticated investors over the years, they have been through many debt workouts. They've had some real success stories. The Bank of America Tower in San Francisco, dispar at Lee Building in Manhattan. Friends of Floyd's were earlier on investors and made a fortune of money with Markek and Harry Goodell and their Hudson Yards deal to Floyd is a no-brainer. Amazon is the tenant, and we believe that Harry knows the Chicago market well, and Mark knows the Chicago market well, and that they have done very well over the years, obviously since Covid office has taken a blood bath,

Speaker 4 (14:16):
But

Speaker 2 (14:16):
Somehow they've prevailed in a lot of their projects. Again, Floyd's whole thing is I want to be with people during good times and bad times. Right?

Speaker 4 (14:27):
Yeah.

Speaker 2 (14:27):
I want to be, he's a relationship guy. If someone could get out of bad times,

This transcript was exported on May 02, 2025 - view latest version here.

Speaker 4 (14:31):

They

Speaker 2 (14:31):

Can do very well in good times. It's very easy to do well in good times. He wants people on the downturn that are going to fight for his money, and that's what we believe in him. 6 0 1 West

Speaker 1 (14:42):

Floyd's thesis here on real estate. Where does he see what's drawing him to? He thinks that asset values have bottomed out

Speaker 2 (14:50):

That Donald Trump has a seasoned real estate developer, owner and investor understands the real estate market better than anybody who's ever sat in the Oval Office. Lloyd's not shy about this, and he believes that the time to get into real estate was right before Donald came to office. He thinks interest rates are coming down with Donald. He thinks this administration is pro business, and he thinks that the market is going to do very well for the next four years. He bet on it.

Speaker 1 (15:29):

Yeah. James, would Floyd chat with me about some of these things? I mean, this is interesting because you're bringing up pretty, this is a pretty salient topic. I mean, there's some concern about some of Donald Trump's President Trump's policies in terms of the tariffs and whether that will create a recession. I hear your point on interest rates coming down, but there's some concerns about economic growth.

Speaker 2 (15:57):

So like Floyd said,

Speaker 1 (15:58):

Yeah,

Speaker 2 (15:59):

Floyd likes to say that he likes before I went in a

Speaker 1 (16:03):

Rink. Yeah,

Speaker 2 (16:04):

There are ups and downs. There's a lot of effort that goes into it. There's a lot of trash talking at a press conference and then at least to victory. It's all the art of negotiation. And if you look Floyd, Donald Trump even posted Floyd on the truth a week and a half ago. So did Elon Musk because Floyd was on Fox saying he believes he's the greatest president to ever sit in that office. And it wasn't something maybe popular to say, even though everyone's pretending they didn't vote for him. Somehow the numbers were different. But Floyd is a true believer that he's the man for the job.

Speaker 1 (16:48):

Right. Well, yeah, I'm certainly not asking to, Floyd

This transcript was exported on May 02, 2025 - view latest version here.

Speaker 2 ([16:53](#)):

Doesn't have a good bedside manner either, but winners win

Speaker 1 ([16:57](#)):

Floyd's

Speaker 2 ([16:58](#)):

Line. Yeah,

Speaker 1 ([16:58](#)):

I mean, Floyd certainly is. Boy, he's won a lot. No question about that. We

Speaker 2 ([17:03](#)):

Can talk about putting you on with him. It would have to be next week because there's a Jewish holiday tonight and tomorrow.

Speaker 1 ([17:10](#)):

Right.

Speaker 2 ([17:11](#)):

And I know he would want Ayal present. Okay.

Speaker 1 ([17:15](#)):

Okay. Yeah, no problem.

Speaker 2 ([17:17](#)):

I'm going to have to hop off, but you could set something up for next week with pleasure. I'll put them on. Okay, great. No problem. Yeah, if you can text me sometimes next week and we'll circle back up beginning of next week. Okay.

Speaker 1 ([17:28](#)):

Yeah, that sounds great.

Speaker 2 ([17:30](#)):

Thank you. I hope this was helpful,

Speaker 1 ([17:31](#)):

James. Very nice to chat. I appreciate this. You

Speaker 2 ([17:33](#)):

Too. Thank

Speaker 1 ([17:33](#)):

You. Okay guys. Thank you.

This transcript was exported on May 02, 2025 - view latest version here.