# EXHIBIT 6

----------Forwarded message----------
From: **Jona Rechnitz** <███████████>
Date: Fri, Mar 21, 2025 at 11:44 AM
Subject: Re: Urgent Matter
To: Daniel Geiger <dgeiger@insider.com>
Cc: <legal@businessinsider.com>


There will be no zoom
I have looked into the matter and spoken to James and Ayal
James said he expressly said that the phone calls were off record and it was agreed to or he never
would've spoken to you
He also said that you acted unethically and lied.
I would appreciate a call with your legal counsel immediately.
Jona
Sent from my iPhone


> On Mar 21, 2025, at 7:59 AM, Daniel Geiger <dgeiger@insider.com> wrote:
>
> Hi Jona,
> Thank you for reaching out. Ayal mentioned that you would be willing to have a zoom call or meeting with Floyd and also potentially James. I appreciate that and I think it would be helpful. Ayal expressed your wish that the conversation be done respectfully and transparently, which you have my full agreement to do.
>
> When would be a good time to have that chat or sit down? I'm available today and early next week. Please let me know what works for you.
>
> To address some of the other points you make:
>
> As you may know, I had two conversations with a man who introduced himself as James McNair. During the first call, James described details of Floyd's acquisition of the Black Spruce portfolio off the record and I will of course honor that. It was agreed, however, that the rest of the call was on the record.
>
> The second call was done on the record and we all agreed to those terms.
>
> I did call Ayal several times (not 30) in an attempt to communicate with him and set up a call with Floyd, which both he and James had suggested. If I called too many times, Iapologize.
>
> If you have any remaining concerns and would like to connect with Business Insider's legal team you can reach them at: legal@businessinsider.com.

    Please let me know when we can sit down or have a zoom call with Floyd, I think it would be very helpful for all of us,

Dan

On Thu, Mar 20, 2025 at 4:12 PM Jona Rechnitz <​███████████████​> wrote: Mr. Daniel Geiger and Ms. Barbara Peng,

CC: James/Meyer/Josh/Ayal -

I am copying Daniel Geiger to this email and Barbara Peng (CEO)

Ayal and James have said he has been harassing and rude and outright lying working on an article for his outlet Business Insider.

As a general rule my advice is to never engage with reporters but people on this team decided to anyways.

Meyer and Josh have told me and Floyd and Ayal that he has been calling non stop. Ayal has complained that Daniel has called over 30 times.

Daniel please send me your attorneys contact info asap.

James said you accused him of being me ME that you claim there is no bank financing on Floyd's portfolio nor proof of ownership. You don't know the details, clearly. You don't know closing dates for certain properties or any of the facts.

Second of all - All communications with Ayal and James were off record as they explicitly said. The last call that you said you needed to record for your own memory issues was allowed as long as it's off record.

Floyd will not be available to speak with you. His attorneys will reach out shortly concerning your outright lies, and misleading of his team.

Floyd has been a great friend for me and I will personally oversee this entire legal process moving forward.

Daniel please provide your attorneys information immediately.

Barbara, unfortunately Daniel has caused tremendous exposure to your company.

Jona Rechnitz

Sent from my iPhone