# EXHIBIT 7

**EXTERNAL]**

---------- Forwarded message ---------
From: **James McNair** <​>
Date: Thu, Mar 20, 2025 at 4:17 PM
Subject: Re: Urgent Matter
To: Jona Rechnitz <​>
Cc: Meyer Orbach <​>, Josh Gotlib <​>, ayal frist <​>, <dgeiger@insider.com>, <​>

**This is James McNair. I'm truly offended by your behavior. You lied and misled me and I no longer want to have a zoom with you. Do not contact me anymore.**

On Mar 20, 2025, at 1:12 PM, Jona Rechnitz <​> wrote:

Mr. Daniel Geiger and Ms. Barbara Peng,

CC: James/Meyer/Josh/Ayal -

I am copying Daniel Geiger to this email and Barbara Peng (CEO)

Ayal and James have said he has been harassing and rude and outright lying working on an article for his outlet Business Insider.

As a general rule my advice is to never engage with reporters but people on this team decided to anyways.

Meyer and Josh have told me and Floyd and Ayal that he has been calling non stop. Ayal has complained that Daniel has called over 30 times.

Daniel please send me your attorneys contact info asap.

James said you accused him of being me ME that you claim there is no bank financing on Floyd's portfolio nor proof of ownership. You don't know the details, clearly. You don't know closing dates for certain properties or any of the facts.

Second of all - All communications with Ayal and James were off record as they explicitly said. The last call that you said you needed to record for your own memory issues was allowed as long as it's off record.

Floyd will not be available to speak with you. His attorneys will reach out shortly

concerning your outright lies, and misleading of his team.

Floyd has been a great friend for me and I will personally oversee this entire legal process moving forward.

Daniel please provide your attorneys information immediately.

Barbara, unfortunately Daniel has caused tremendous exposure to your company.

Jona Rechnitz


Sent from my iPhone