# EXHIBIT 8

**[EXTERNAL]**

---------- Forwarded message ---------
From: **ayal frist** <█████████████>
Date: Thu, Mar 20, 2025 at 3:52 PM
Subject: Re: Getting close to wrapping
To: Daniel Geiger <dgeiger@insider.com>

You have lied

You have been disingenuous

You said you wanted to tape the call for purpose of your notes I said ok only off record for your notes purposes

You are working on a hit piece

All calls were off record as discussed and in background with certain information

You said you called the bank that holds the loan and they claim they don't. Another lie we have the loan docs

Please immediately send your legal counsel email

Make sure you only print facts or we will sue

Floyd will not speak with you
I will not speak with you
James will not speak with you
Josh will not speak with you
Meyer will not speak with you
Jona will not speak with you

You have lied and misled

Guide yourself accordingly

 Floyd will send an email directly to your legal counsel as will his attorney. Please supply your email promptly

Sincerely
Ayal

Sent from my iPhone

On Mar 20, 2025, at 10:57 AM, Daniel Geiger <dgeiger@insider.com> wrote:

Yes there are a few points I'd like to go over. Do you have a few minutes to chat?

On Thu, Mar 20, 2025 at 12:42 PM ayal frist <███████████████> wrote:

Good morning,

I've been trying to get him on the phone with you, but unfortunately, he's been under the weather. If there's anything you'd like to run by me, I'm happy to help. If you have any questions that need answers or need a quote, I'm more than willing to provide one.

Sincerely

Ayal


Sent from my iPhone


On Mar 20, 2025, at 9:18 AM, Daniel Geiger <dgeiger@insider.com> wrote:

Hi Ayal,
I'm getting close to wrapping up my story on Floyd's real estate investments. You and James have said on several occasions that Floyd would be available to chat with me. If he's going to do that, I think today would have to be the day. Can you please let me know either way?


**Daniel Geiger**
Senior Correspondent



**Cell:** 646-352-2884
One Liberty Plaza, 8th FL, New York, NY 10006
Website | LinkedIn | X