# EXHIBIT 9



Daniel Geiger <dgeiger@insider.com>

# ACRIS Q
3 messages

---

**Gold, Jacqueline (DOF)** <████████████>   Tue, Mar 25, 2025 at 4:39 PM
To: "dgeiger@insider.com" <dgeiger@insider.com>

I will check for you.

---

**Daniel Geiger** <dgeiger@insider.com>   Tue, Mar 25, 2025 at 4:40 PM
To: "Gold, Jacqueline (DOF)" <████████████>

Hi Jacqueline thank you,
Dan

On Tue, Mar 25, 2025 at 4:39 PM Gold, Jacqueline (DOF) <████████████> wrote:

> I will check for you.

---

**Gold, Jacqueline (DOF)** <████████████>   Wed, Mar 26, 2025 at 11:30 AM
To: Daniel Geiger <dgeiger@insider.com>

Good morning,

It should show the same day or the next day. Is there a property I can check for you?

---

**From:** Daniel Geiger <dgeiger@insider.com>
**Sent:** Tuesday, March 25, 2025 4:40 PM
**To:** Gold, Jacqueline (DOF) <████████████>
**Subject:** [EXTERNAL] Re: ACRIS Q

**CAUTION! EXTERNAL SENDER.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. If **suspicious**, report this email by hitting the **Phish Alert Button**. If the button is unavailable or you are on a mobile device, forward as an attachment to phish@oti.nyc.gov.

[Quoted text hidden]