UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

FLOYD MAYWEATHER, JR., an individual,

                      Plaintiff,

                - against -

DANIEL GEIGER, an individual; INSIDER, INC., a Delaware corporation; and DOES 1-100, inclusive,

                   Defendants.

:
:    Case No. 1:25-cv-03617-JPO
:
:
:
:
:
:
:
:
:
:
:

-------------------------------------------------------------- x

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action brought by Plaintiff Floyd Mayweather, Jr. ("Mayweather") against Defendants Daniel Geiger ("Geiger") and Insider, Inc. ("Insider") is voluntarily dismissed as to Defendants Geiger and Insider with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each side bearing its own fees and costs.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the above-captioned counterclaims brought by Counterclaim Plaintiffs Geiger and Insider against Counterclaim Defendant Mayweather are voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each side bearing its own fees and costs.

Dated:        May 4, 2026

Respectfully Submitted,

By: */s/ Elizabeth A. McNamara*
Elizabeth A. McNamara
Rachel Strom
Hilary Oran
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Tel: (212) 489-8230
lizmcnamara@dwt.com
rachelstrom@dwt.com
hilaryoran@dwt.com

*Attorneys for Defendants and Counterclaim Plaintiffs Daniel Geiger and Insider, Inc.*

By: */s/ Richard A. Portale*
Richard A. Portale
Portale Randazzo LLP
245 Main Street
Suite 605
White Plains, NY 10601
(Tel): 914-359-2400
rportale@portalerandazzo.com

*Attorneys for Plaintiff and Counterclaim Defendant Floyd Mayweather, Jr.*

4931-7237-2645v.1 0091585-000020